March 2nd, 2021

**FILED**

MAR 04 2021

To: Clerk U.S. District Court
U.S. District Court
450 Golden Gate Ave.
16th Floor
San Francisco, CA. 94102

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA **SK**



**CV21      8005 0MISC**

      Requesting the attached Affidavit/Declaration of Truth to be stamped and filed immediately in the "Civil Miscellaneous" file. Requesting the State Seal stamp be stamped on all pages of the Affidavit, including the registered mail receipt. Requesting that one copy of all the stamped, filed, recorded documents and the case number to be mailed back to me in the included, self-addressed, stamped envelope. Also requesting a business card of the Clerk.
Included is a $49 check for the filing fee, made out to "Clerk U.S. District Court."

My address:

David Lawrence Molidor
6361 San Benito Way
Rohnert Park, CA. 94928

An un-rebutted Affidavit stands as fact in the Article 3, Federal Common Law Courts of the United States of America.

The recipients of this Affidavit received it on 2/8/21, and 2/9/21, per the registered mail Domestic Return Receipts.  They were given 10 days to rebut the affidavit and they did not.

Please call me if you have any questions in regards to this filing request. 707-849-4373

All Rights Reserved,

David Lawrence Molidor



**USPS TRACKING #**

9590 9402 6162 0220 3574 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Molidor, David
6361 SAN BENITO WAY
ROHNERT PARK, CALIFORNIA
(1850)

---

RETAIN THIS RECEIPT IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM

**Declaration of Value:** You must declare the full value of each Registered Mail™ article at the time of mailing.

**Insurance Coverage:**
**Domestic:** Insurance up to $50,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service™ regulations in the Domestic Mail Manual (DMM®) which sets forth the specific types of coverage, terms of insurance, and conditions of payment. The DMM is available online at http://pe.usps.com. Limitations on coverage include, but are not limited to, the following:

Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing, (2) the cost of repairs, or (3) the limit fixed for the insurance coverage obtained.

No coverage is provided for articles improperly packaged or too fragile to withstand normal handling, concealed damage, spoilage of perishable items, prohibited articles, consequential losses, or delay.

Other limitations are set forth in the DMM. Coverage terms and limitations are subject to change.

**International:** Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM®) and Individual Country Listings online at http://pe.usps.com for limitations of coverage, prohibitions, and restrictions. The sender receives payment for an international claim for a lost article or for damaged and/or missing contents, unless the sender waives the right to payment, in writing, in favor of the addressee.

**Filing a Domestic Claim**
*Claim for loss:* File a claim no sooner than 15 days but no later than 60 days from the mailing date — for an APO/FPO/DPO item, file no later than 1 year from the mailing date. Retain the original mailing receipt and proof of value.
*Claim for damage or missing contents:* File a claim immediately but no later than 60 days from the mailing date. Retain the original mailing receipt and proof of value, and also retain the article and mailing container.

Please file your domestic claim online at www.usps.com/domestic-claims. If you are unable to file online, call toll free 800-275-8777 for additional information.

**Filing an International Claim**
Before initiating an inquiry on an item mailed to a foreign country, allow sufficient time for delivery of the mailpiece in the foreign country.

To report the loss, damage, or missing contents of an item sent to a foreign country, please call our International Research Group at 800-222-1811. You will be asked to provide the relevant information regarding the item, including but not limited to the following: 1) Item number appearing under the barcode; 2) names, addresses, and telephone numbers of the mailer and addressee; and 3) date of mailing.

The International Research Group will correspond with the respective post in the foreign country. Upon determination that a claim for the item should be initiated, we will provide you with a claim packet, which includes instructions on how to complete and submit the claim.
Inquiries and claims for loss of an international registered item must be filed within 6 months of the date of the mailing. File an inquiry for damage or for complete or partial loss of contents immediately but no later than 60 days from the mailing date.

PS Form **3806**, April 2015 *(Customer Copy - Reverse)* PSN 7530-02-000-9051







**USPS TRACKING #**

9590 9402 6162 0220 3574 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

*Molidor, David*
*6361 SAN BENITO WAY*
*ROHNERT PARK,*
*CALIFORNIA (1850)*

---

RETAIN THIS RECEIPT IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM

**Declaration of Value:** You must declare the full value of each Registered Mail™ article at the time of mailing.

**Insurance Coverage:**
**Domestic:** Insurance up to $50,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service™ regulations in the Domestic Mail Manual (DMM®) which sets forth the specific types of coverage, terms of insurance, and conditions of payment. The DMM is available online at *http://pe.usps.com.* Limitations on coverage include, but are not limited to, the following:

Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing, (2) the cost of repairs, or (3) the limit fixed for the insurance coverage obtained.

No coverage is provided for articles improperly packaged or too fragile to withstand normal handling, concealed damage, spoilage of perishable items, prohibited articles, consequential losses, or delay.

Other limitations are set forth in the DMM. Coverage terms and limitations are subject to change.

**International:** Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM®) and Individual Country Listings online at *http://pe.usps.com* for limitations of coverage, prohibitions, and restrictions. The sender receives payment for an international claim for a lost article or for damaged and/or missing contents, unless the sender waives the right to payment, in writing, in favor of the addressee.

**Filing a Domestic Claim**
*Claim for loss:* File a claim no sooner than 15 days but no later than 60 days from the mailing date — for an APO/FPO/DPO item, file no later than 1 year from the mailing date. Retain the original mailing receipt and proof of value.
*Claim for damage or missing contents:* File a claim immediately but no later than 60 days from the mailing date. Retain the original mailing receipt and proof of value, and also retain the article and mailing container.

Please file your domestic claim online at *www.usps.com/domestic-claims.* If you are unable to file online, call toll free 800-275-8777 for additional information.

**Filing an International Claim**
Before initiating an inquiry on an item mailed to a foreign country, allow sufficient time for delivery of the mailpiece in the foreign country.

To report the loss, damage, or missing contents of an item sent to a foreign country, please call our International Research Group at 800-222-1811. You will be asked to provide the relevant information regarding the item, including but not limited to the following: 1) Item number appearing under the barcode; 2) names, addresses, and telephone numbers of the mailer and addressee; and 3) date of mailing.

The International Research Group will correspond with the respective post in the foreign country. Upon determination that a claim for the item should be initiated, we will provide you with a claim packet, which includes instructions on how to complete and submit the claim.
Inquiries and claims for loss of an international registered item must be filed within 6 months of the date of the mailing. File an inquiry for damage or for complete or partial loss of contents immediately but no later than 60 days from the mailing date.

PS Form **3806,** April 2015 *(Customer Copy - Reverse)* PSN 7530-02-000-9051

## AFFIDAVIT/DECLARATION OF TRUTH

**To: Tomas J. Aragon, California Public Health Officer & Director/ former San Francisco County Public Health Officer, and Grant Colfax, San Francisco Public Health Director-**

I, David Lawrence Molidor, 6361 San Benito Way, Rohnert Park, California [1850], a living Man and the undersigned, make this Affidavit/Declaration of Truth of my own free will, and I hereby affirm, declare and swear, under my oath and under the pains and penalties of perjury under the laws of the United States of America and of this State of California that I am of legal age and of sound mind and hereby attest that the statements, averments, and information contained in this Affidavit/Declaration are true and correct to the best of my knowledge.

This Affidavit/Declaration of Truth is lawful notification to you, and is hereby made and sent to you pursuant to the National Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Bill of Rights of the California Constitution in particular Sections 1, 2, 3, 4, 7 ,10, 17, 18, 26 and 27. This requires your written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within (10) ten business days, via your own sworn and notarized affidavit, using true fact, valid law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding tacit agreement with and admission to the fact that everything in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection and that of those who represent you.

1. Any act or action that you, Tomas J. Aragon and Grant Colfax, acting as California and San Francisco County Health Officer, and San Francisco County Health Director, either supports and upholds the national Constitution and the California state Constitution or opposes and violates them. It is this simple.
2. You have taken an oath to support and uphold the national and state Constitutions and are constitutionally mandated to abide by that oath in the performance of your official duties.
3. You have no Constitutional authority, or any other form of valid, lawful authority, to oppose and violate the very documents to which you swore or affirmed your oath and under which you were delegated by the people the limited authority to conduct the duties of your office.
4. The above three positions are true, factual, lawful, and constitutionally ordained.

You Tomas J. Aragon and Grant Colfax, acting as (the former) San Francisco County Health Officer, and San Francisco County Health Director, swore an oath to uphold and support the Constitution of the United States of America and the California State Constitution,and pursuant to your oath, you are required to abide by that oath in the performance of your official duties. You have no Constitutional or other valid authority to defy the Constitutions, to which you owe your authority, delegated to you by and through We the People, and to which you swore your oath; yet, by your actions against the People you have violated those oaths and engaged in myriad instances of incompetence, negligence, dereliction of duty, malfeasance, sedition, insurrection, treason and criminal, unconstitutional behavior rendering you unfit to hold public office.

However, despite the above-stated factual, lawful positions, your unconstitutional actions, as described throughout this Affidavit/Declaration of Truth, clearly demonstrate how you have violated all of the above lawful positions, the Constitutions, your oath of office, acted against the public good by knowingly and willfully violating the public trust and committing sedition and insurrection. Pursuant to your unlawful and unconstitutional actions, you have invoked the self-executing Sections 3 & 4 of the 14th Amendment to the National Constitution, thereby have lawfully vacated your office and forfeited all benefits thereof,

## AFFIDAVIT/DECLARATION OF TRUTH

including salary and pension. Please note that, as stated above and below, if you fail to specifically rebut, in kind, any of the charges, claims and positions set forth in this Affidavit/Declaration, then, you tacitly admit to them, and these admissions will be lawfully used against you. The following paragraphs and others throughout this Affidavit/Declaration describe some of your unlawful, unconstitutional actions, which have harmed myself and others:

In the spring of 2020, despite no excess or unusual amount of deaths and illnesses in San Francisco county, the state or the nation, and no provable "emergency", the "public health officer" in San Francisco County, California, one of the top health departments in the country, issued an "order" for everyone to wear face-masks when in public and when entering enclosed spaces such as supermarkets, retail stores and every other private company offering public accommodations. Ever since this "health order" was put in place unlawfully, my life and that of my family's has never been the same.

As one of the main public health agencies in the state of California, this San Francisco Public Health "order" was completely unconstitutional, unlawful, unnecessary, and in violation of medical and religious freedoms protected by the law of the land, the United States of America Constitution and the California Constitution.

There was no scientific justification, no peer-reviewed scientific paper or consensus that showed that healthy people or sick people wearing masks and distancing in public actually improves public or personal health.

As a living, breathing Man, my emotional, spiritual, psychological, mental, financial and physical health has all taken a toll for almost one full year now, due to having to live in a society now ruled by fear and propaganda, fraudulent science and corrupt public servants such as those at the top of the California and San Francisco County Department of Public Health.

I have found no such study that confirms or justifies Tomas J. Aragon and Grant Colfax's decision to erode our inherent civil rights and cause harm to my personal property. My body, my mind, my wages, my religious beliefs, my offspring, my family relations- these are all my property. My property has been damaged irreparably by this disingenuous, ignorant and unlawful decision to order everyone to "social distance", restrict movement by "sheltering in place", and to wear "face-masks", "face-coverings", or "face shields".

You state in your SFDPH and CDPH "health orders" that exceptions to the mask "orders" apply basically only if you are under 2 years old, or if you have a medical condition:

"This Order includes certain specific exceptions. For instance, this Order requires that any child younger than two years not wear a Face Covering because of the risk of suffocation. This Order also does not apply to people who are in their own cars alone or with members of their own Household or living unit, unless they use the vehicle to transport others. And anyone who has a written exemption from a healthcare provider based on a disability, medical condition, or other condition that prevents them from wearing a Face Covering does not need to wear one."

https://www.sfdph.org/dph/alerts/files/Order-C19-12-Face-Coverings.pdf

https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/guidance-for-face-coverings.aspx

But you left no exemptions for religious purposes, failing to acknowledge the laws of the land that protect such inherent rights, lawfully and Constitutionally. This is where you created unnecessary and intentional harm to the property of myself, my offspring, my partner, and We The People, and our inherent rights that shall not be infringed upon.

I now get extremely anxious, sad and depressed when seeing others in public who are concealing their identity and dehumanizing themselves before my offspring's developing minds, psyche and social skills. My offspring, and myself, need proper interaction and socialization to feel human. We need to see facial expressions. We need to be able to identify those in our vicinity to assess whether or not they are a potential threat to our health, property and safety. This is an impossible chore with everyone masking themselves, concealing their identity and distancing themselves in a perpetual state of fear, propagated by trauma-based mind control from traitorous public servants and a corrupted media.

My primary form of wages has been drastically affected due to the economic toll these unlawful orders have taken on small businesses and the economy in general. In a high cost neighborhood, in a high cost county, in a high cost state, operating a small business, and taking any sort of financial loss is irreparable, especially when you have 3 young growing offspring under 11 years old to feed, clothe, bathe, teach, entertain, and socialize.

## AFFIDAVIT/DECLARATION OF TRUTH

Numerous potential clients of my private business have told me they would love to purchase my product, but they simply don't have the available monetary funds to, due to the unlawful economic restrictions put in place by the San Francisco Department of Public Health, the California Department of Public Health, and other health departments worldwide-ordering small businesses to shut down, close doors, and deeming them "non-essential".

Meanwhile the big box, multi-national corporations like Walmart, Costco, Home Depot, Target, etc remain forever open. This is unacceptable, hypocritical, unscientific and nonsensical.

The "Health Officer" of the county and the state has no authority or jurisdiction to judge or deem what businesses are essential and what aren't. All lawful businesses are essential to those who own, work for and purchase from them. Period.

I now am constantly in a state of anxiety due to not having the same wages I had before these fraudulent and unlawful "mandates", "orders" and "guidelines" were established upon the psyche of the general public, We The People, and myself.

Money is now a constant source of stress due to the economy being a shell of what it was before these orders were put in place. There is not as much stability, not as much confidence, not as much reassurance in my mind that I will be able to feed my growing offspring and my partner, and provide for my family, and save money for an unknown and potentially even more chaotic & uncertain future.

Emotionally and spiritually, it also hurts me and my soul to see people everywhere, including close relatives, living in fear and paralyzed to go near other people. This is not how human beings achieve health, life, freedom or the pursuit of happiness. Kids wearing masks is child abuse, and without a doubt, detrimental to their health and mental development. These rights to life, liberty and the pursuit of happiness are all endowed to us inherently by our Creator, and shall not be infringed upon.

No "public servant" has any authority to take away any of these rights, but Tomas J. Aragon and Grant Colfax -acting as domestic terrorists and traitors to humanity- have, with these deceitful, unhealthful and unlawful orders. They've accomplished this by perpetrating these unlawful and unconstitutional "health orders", that are only in place and acquiesced to because the population is living in fear, and living in such a fragile state under a layer of deception and propaganda, perpetrated by a corrupt, deceptive media, and from corrupt, deceptive public servants.

Besides these psychological, financial, emotional and spiritual struggles I deal with due to these "health orders", I physically cannot travel the Earth freely and operate in commerce like I have the right to, lawfully and constitutionally.

I cannot enter any stores that offer public accommodations, and purchase food for my family like I used to be able to, due to the fact that it is against my religious creed to mask myself before my Creator and deprive myself of oxygen, which is essential to obtaining life, liberty and the pursuit of happiness. These are inherent rights protected by the Declaration of Independence that are given to me by God, and no man, woman, public servant or traitor to humanity has any authority to take these rights away.

I have had to wait outside grocery stores such as Oliver's Market, in Cotati, California, and Chipotle, in Rohnert Park, California, while an employee shops for me, which is humiliating, creates anxiety and stress, and as a healthy human being, is incredibly frustrating not being able to shop freely without wearing a self-suffocation device, aka a mask. The workers get the wrong food, they pick produce I would never hand-select, and they get their germs and bacteria from their cross-contaminated gloves and masks all over my groceries, creating even more anxiety and unease and completely ruining the shopping experience.

Perfectly healthy people like myself who treat health as a priority, are no threat to anyone near me. My breath is not a disease causing agent. No valid scientific literature anywhere shows that perfectly healthy people, aka "asymptomatic" people, get other people sick or "infect" them, by simply being near them without a mask.

I cannot travel freely anymore, and I cannot buy groceries or enter retail establishments anymore due to store policies now, policies that violate statutory law, all because of your unhealthful and unlawful county health order, Tomas J. Aragon. Yes, Tomas J. Aragon, you made the order, and you Grant Colfax, with your actions, supported such an order.

These orders drastically affect my ability to exercise my inherent, Constitutionally protected civil rights to the pursuit of life, liberty and happiness, and I am fed up with it. It has gone on for far too long. This is not Communist China, but every day it seems our society is turning into a collectivist, socialist, communistic, totalitarian nightmare.

We live in a Constitutional Republic, not a communistic dictatorship. How sad and depressing things have become, ever since these health orders were put in place (unlawfully).

## AFFIDAVIT/DECLARATION OF TRUTH

What adds salt to the open wound even further, is the fact that the "sars-cov-2" virus has never been properly isolated or purified, and none of Koch's Postulates or River's Postulates have been satisfied. These Postulates are the gold standard when it comes to proving that a foreign and/or novel pathogen is causing illness and/or disease, that is causing a "pandemic".

The CDC has admitted that "no quantified virus isolates were available" of "sars-cov-2" as on page 42 under Performance Characteristics. The document is dated 12/1/20.

https://www.fda.gov/media/134922/download

Please see attached exhibit A.

I also have evidence provided on record in writing via Public Records Request from none other than the San Francisco Department of Public Health, that the "sars-cov-2" virus has not been properly isolated, per the definition of "isolate" in a medical dictionary. This public records request was submitted by myself, David Molidor, email dave.molidor@gmail.com, received by SFDPH on December 9th, 2020, at 9:23am, and finally replied to on January 21st, 2021- admitting after an extension that no such papers or documents exist showing proper isolation:

"We appreciate your understanding and patience. We have finished conducting a diligent search and found no documents responsive to your request. Therefore we consider your request closed."

Attached as Exhibit B is the pdf of the Public Records Request email correspondence.

If there is no evidence of a properly isolated and purified "novel" virus, there is no way to satisfy all four of Koch's Postulates, and all six of River's Postulates. If these Postulates are not satisfied, it is scientifically impossible to prove that a "virus" is causing a novel disease, and you have failed to provide any legitimate, valid, scientific evidence that a pandemic or emergency for that matter, even exists.

With these facts in mind, you have violated your oath of office and your oath to uphold and defend the Constitution of the United States of America. You have committed fraud, and you have violated my inherent rights to life, liberty and the pursuit of happiness, and every day I have to live through the consequences of your actions- that debilitate my social structures, my finances, my peace of mind, my mental, physical, emotional, and spiritual health. That is not right, that is not moral, that is not just, that is not lawful, and that is without a doubt and unmistakably criminal.

I am seeking monetary reparations to hold you Tomas J. Aragon and Grant Colfax, fully accountable both in official and private capacities.

**Tomas J. Aragon and Grant Colfax**, you are in violation of your oath of office, the national and state Constitutions, and are in clear violation of **section 802 of the Patriot Act** which clearly defines a domestic terrorist. You are in clear violation of **Title 18 U.S.C. section 241 - Conspiracy against rights. Title 18  U.S.C. section 242 - Deprivation of rights under color of law. Title 18 U.S.C. 1038 - False information and hoaxes. Title 18 U.S.C. 1001 - statements or entries generally. Title 18 U.S.C. - 1503 influencing or injuring officer or juror generally. Title 18 U.S.C. section 1512B - Engages in misleading conduct. Title 18 U.S.C. section 2071 - concealment, removal, or mutilation generally. Title 26 U.S.C. section 7214 - offenses by officers and employees of the United States. Title 42 - U.S.C. section 1983 - Civil rights action for deprivation of rights. Title 42 U.S.C. section 1985 (3) - conspiracy to interfere with civil rights. Title 42 U.S.C. 2000a (a). Civil rights act of 1871, 42 U.S.C. 1985.** Any act committed by you **Tomas J. Aragon and Grant Colfax**, acting as **County Health Officer and County Health Director**, either supports and upholds the Constitutions, national and state, or opposes and violates them.

The following are statements of fact regarding this instant matter in violation of well-established law under the **Civil Rights Act of 1964, the First Amendment, Fourth Amendment, Fifth Amendment, Ninth Amendment and Tenth Amendment:**

1.   I have had to deplete my savings by using thousands of dollars I had never planned on using. All of my federal tax return (over $6600) was also spent on bills and expenses instead of going into savings like planned. This economic devastation

## AFFIDAVIT/DECLARATION OF TRUTH

is a result of my clients not being able to afford my products anymore due to the economic impacts of the fraudulent health orders. I have now run a recurring balance on my visa credit card just to make ends meet and pay monthly bills and expenses, when I had a zero balance on the card prior to the facemask "order". This is economic terrorism. This violates the 5th amendment- being deprived of private property (money) for public use without just compensation.

2. I am not able to frequent 24 Hour Fitness because I am not allowed to work out without a mask. I have always been in top shape, ripped and lean, and the extra weight is depressing for me to have to deal with. It is physically harder to stay in shape without having access to my normal gym equipment and without having that type of resistance training I am used to. I do not have the money or space to purchase expensive gym equipment at my home. This violates the 9th amendment- the enumeration of certain rights shall not be construed to deny or disparage others retained by the people.

I have to put the weight of the grocery shopping on my partner Sara because she reluctantly wears a mask and is afraid of being harassed in public for not wearing one. This causes unneeded stress on our relationship and unneeded anxiety due to her oxygen levels being impaired. Shopping for 5 people with food prices going up is a constant chore and it is not fair, just, or lawful that I am not able to help her with shopping duties due to my religious creed and state of anxiety, and claustrophobia that wearing a mask causes me. This violates my right to peacefully assemble, the 1st amendment. This violates the 1964 Civil Rights Act, which prohibits religious discrimination in places offering public accommodations. This also violates the 9th amendment- the enumeration of certain rights shall not be construed to deny or disparage others retained by the people. It also violates The California Constitution, and California Civil Code 51(b), which protects people's right to enter any private business offering public accommodation and not be discriminated against due to a medical condition or religious creed.

**U.S.C. Title 18 section 242 deprivation of rights under the color of the law**. To willfully deprive me of my rights and privilege to shop at a public store: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

4. I cannot take my offspring to the park to play like we used to freely be able to. The City of Rohnert Park took down basketball hoops, so I cannot even go to the park and play basketball with my son Diego anymore like I used to. This causes unnecessary boredom, anxiety and frustration. Seeing the decapitated basketball hoops and the signs at the park when we go on walks together saying to "wear a mask", "social distance", and "wash your hands" are constant reminders that our reality has morphed into a socialistic medical dictatorship based on lies and fraud, and is incredibly depressing, saddening and disheartening to experience on a daily basis. Meanwhile others are able to play basketball in other places, such as college, professional, and in amateur levels. This violates our rights to life, liberty and the pursuit of happiness, secured by the Declaration of Independence. This also violates the 9th amendment- the enumeration of certain rights shall not be construed to deny or disparage others retained by the people.

5. My offspring and I have not seen my father and stepmother (my offspring's grandparents) for almost a year now. They are afraid to leave their homes and be in contact with us. This makes me incredibly sorrowful. I miss my father. My mother died in January 2020 from Dementia/Alzheimer's, and my only family left is my dad and sister, who are both believing all the lies and propaganda and fraud, and are literally afraid to leave their homes and see us. This has created a huge rift in our relationships, and causes me great sorrow. I have always been incredibly close with my father before these unlawful orders were put in place, and now I cannot even see him. He is 72 years old and I don't know how much longer he will be around to see. The trespass and psychological damage done to my family relationships by enacting these unlawful "shelter in place", "wear a mask" and "social distance" orders infringes on our inherent, Constitutionally protected rights to life, liberty and the

## AFFIDAVIT/DECLARATION OF TRUTH

pursuit of happiness secured by the Declaration of Independence, and our 1st amendment rights to peacefully assemble (with loved ones).

My right to enjoy life, liberty and property cannot lawfully be taken away, except through due process of law. No due process of law was extended to the people by any so-called "authority" when the unconstitutional actions were committed. Obviously, had due process been extended, then, the Citizens' rights would have been upheld, and not denied and violated.

### U.S.C. Title 18 section 241 Conspiracy against rights.

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

All of the aforementioned situations are denying me my constitutional rights and denying me the right to life, liberty and the pursuit of happiness.

### Face Masks:

You, Tomas J. Aragon, and Grant Colfax, acting as County Health Officer and County Health Director, have no authority to force me to wear a face-mask. By doing so you are unlawfully putting my life into harm's way. Your unlawful actions, which have no basis in any proven medical research have with grave consequence unlawfully and inhumanely blocked flow of oxygen that may lead to hypoxemia, hypoxia, and hypercapnia. This unlawful act shall cause organ failure and shall lead to an untimely death.

### Unlawful Isolation:

Forcing me into isolation is contradictory and unlawful and a form of unlawful torture resulting in anxiety, leading into thoughts of inadequacy and self-hatred, which is contrary to my morals and my belief system. To continue violating my constitutionally protected rights is truly outside and without merit the rule of law that holds the violators under complete and utter liability without immunity for their knowing and willing trespass of well-established law under the Federal and State Constitution.

### Social Distancing:

The act of social distancing is not only discriminatory but also harmful and irresponsible means to destroy social development in myself and others. As a concerned Man, I will not consent to any and all destruction and negative influence by any government entity claiming unlawful, unwarranted and unconstitutional authority over myself. To do so, is an act of treason and sedition against your oath and clear violation of well-established law and an act of trespass upon my rights. Those who knowingly and willingly violate shall fall prey to the wrath of all remedies afforded to me by well-established law.

### Facts to be addressed:

1. According to the International Committee on Taxonomy of Viruses' (ICTV) Coronaviridae Study Group (CSG) publication on March 2, 2020, the preliminary data suggesting that there was sufficient variation to determine his to be a novel virus vs. a mutation of known coronaviruses, was not based on established scientific principles but was responsive to the World Health Organization's prior unfounded declaration of novelty of both the virus and a new disease.

## AFFIDAVIT/DECLARATION OF TRUTH

2. There could be no independent verification of the epidemiological models predicting dire infection and mortality rates as the underlying models and data were not published, and when sought, were reportedly corrupted so as to make their examination impossible.

3. In violation of State law, no medical or scientific evidence was provided to establish even causal links between the SARS CoV-2 and the symptoms of COVID-19, relying instead on foreign government hearsay and conjecture.

4. Since 2003, the U.S. Department of Health and Human Services and their subordinate organizations –the National Institute of Allergy and Infectious Diseases (NIAID) and the Centers for Disease Control and Prevention (CDC) –maintained a patent preventing any independent organization from testing for the presence of coronavirus transmissible to humans through 2018 resulting in a complete lack of testing technologies;

5. No State official reviewed for accuracy or veracity any of the causal statements made in the Declaration of Emergency which contain false, misleading, and terror inducing statements.

6. In violation of well-established legal precedent from Jew Ho v. Williamson, 103 F. 10, 26 (C.C.N.D. Cal. 1900) and subsequent public health law, arbitrary and capricious rules were inflicted upon a part of the population that were not applied generally, resulting in the unlawful confinement of a healthy population with no basis in science or fact;

7. You, Tomas J. Aragon, and Grant Colfax, acting as County Health Officer and County Health Director, failed to provide adequate testing to confirm or deny the presence or absence of "a novel coronavirus" and, based on recent reports from testing of incarcerated persons reported by Reuters, 96% of prisoners testing positive for coronavirus are asymptomatic, demonstrating a failure to establish even a statistical link between the virus and the disease;

8. Neither Governor Gavin Christopher Newsom nor any public health officer has followed evidence-based, peer-reviewed, clinical science showing that neither social distancing (of up to 6 feet of separation), nor the wearing of masks has any clinical effect in a healthy population and that instituting such policies is exclusively for the inducement of fear and terror in the population; As a result of these and other established facts, your orders and those that follow from these orders issued in violation of the State Constitution, are illegal and unenforceable. I hereby demand that you immediately cease and desist in your suspension of my Constitutionally guaranteed, inherent, unalienable rights and those of the common citizenry.

For your reference, please review the following facts:
Assertion:

On April 25, 2003, the United States Department of Health and Human Services Centers for Disease Control and Prevention (hereinafter, "CDC") filed an application for a United States (Application Number Coronavirus isolated from humans". Claim 3 –US46592703P, subsequently issued as U.S. Patent 7,776,521) entitled "A method of detecting a severe acute respiratory syndrome-associated coronavirus (SARS-CoV) in a sample...; and, Claim 4 -A kit for detecting a severe acute respiratory syndrome-associated coronavirus (SARS-CoV) in a sample..., provided the CDC with a statutory market exclusion right for the detection of and sampling for severe acute respiratory syndrome-associated coronavirus (SARS-CoV). Securing this right afforded the CDC exclusive right to research, commercially exploit, or block others from conducting activities involving SARS-CoV since 2003. On September 24, 2018, the CDC failed to pay the required maintenance fees on this patent and their rights expired with no notification issued by CDC alerting the private sector to this decision.

From April 2003 until September 2018, the CDC owned SARS-CoV, its ability to be detected and the ability to manufacture kits for its assessment. During this 15-year period, the effect of the grant of this right —ruled unconstitutional in 2013 by the United States
Supreme Court in the case of Association for Molecular Pathology et al. v. Myriad Genetics
—meant that the commercial exploitation of any research or commercial activity in the United States involving SARS-CoV would constitute an infringement of the CDC's illegal patent.

It appears that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material were illegal, the CDC and National Institute of Allergy and Infectious Diseases led by Anthony Fauci (hereinafter "NIAID" and "Dr Fauci", respectively) entered into trade among States (including, but not limited to working with Ecohealth Alliance Inc.) and with foreign national entities (specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences) through the 2014 et seq National Institutes of Health Grant R01AI110964, to exploit their patent rights.

It further appears that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal, the CDC and National Institute of Allergy and Infectious Diseases (hereinafter "NIAID") entered into trade among States (including, but not limited to working with University of North Carolina, Chapel Hill)and with foreign nations (specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences represented by Zheng-Li Shi) through U19AI109761 (Ralph S. Baric), U19AI107810 (Ralph S. Baric), and National Natural Science Foundation of China Award 81290341 (Zheng-Li Shi) et al. 2015-2016.

## AFFIDAVIT/DECLARATION OF TRUTH

It further appears that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on generic material was illegal, the CDC and NIAID entered into trade among States (including, but not limited to working with University of North Carolina, Chapel Hill) and with foreign nations to conduct chimeric construction of novel coronavirus material with specific virulence properties prior to, during, and following the determination made by the National Institutes for Health in October 17, 2014 that this work was not sufficiently understood for its biosecurity and safety standards.

In this inquiry, it is presumed that the CDC and its associates were: a) fully aware of the work being performed using their patented technology; b) entered into explicit or implicit agreements including licensing, or other consideration; and, c) willfully engaged one or more foreign interests to carry forward the exploitation of their proprietary technology when the U.S. Supreme Court confirmed that such patents were illegal and when the National Institutes of Health issued a moratorium on such research.

Reportedly, in January 2018, the U.S. Embassy in China sent investigators to Wuhan Institute of Virology and found that, "During interactions with scientists at the WIV laboratory, they noted the new lab has a serious shortage of appropriately trained technicians and investigators needed to safely operate this high-containment laboratory." The Washington Post reported that this information was contained in a cable dated 19 January 2018. Over a year later, in June 2019, the CDC conducted an inspection of Fort Detrick's U.S. Army Medical Research Institute of Infectious Diseases (hereinafter "USAMRIID") and ordered it closed after alleging that their inspection found biosafety hazards. A report in the journal Nature in 2003 (423(6936): 103) reported cooperation between CDC and USAMRIID on coronavirus research was followed by considerable subsequent collaboration.

The CDC, for what appears to be the same type of concern identified in Wuhan, elected to continue work with the Chinese government while closing the U.S. Army facility.

The CDC reported the first case of SARS-CoV-like illness in the United States in January 2020 with the CDC's Epidemic Intelligence Service reporting 650 clinical cases and 210 tests. Given that the suspected pathogen was first implicated in official reports on December 31, 2019, one can only conclude that CDC: a) had the mechanism and wherewithal to conduct tests to confirm the existence of a "novel coronavirus"; or, b) did not have said mechanism and falsely reported the information in January. It tests credulity to suggest that the WHO or the CDC could manufacture and distribute tests for a "novel" pathogen when their own subsequent record on development and deployment of tests has been shown to be without reliability.

Around March 12, 2020, in an effort to enrich their own economic interests by way of securing additional funding from both Federal and Foundation actors, the CDC and NIAID's Dr Fauci elected to suspend testing and classify COVID-19 by capricious symptom presentation alone. Not surprisingly, this was necessitated by the apparent fall in cases that constituted Dr. Fauci's and others' criteria for depriving citizens of their 1st Amendment rights. At present, the standard according to State and Territorial Epidemiologists Interim-20-ID-01 for COVID-19 classification is:

In outpatient or tele-health settings at least two of the following symptoms must be indicated: fever (measured or subjective), chills, rigors, myalgia, headache, sore throat, new olfactory and taste disorder(s)

OR

at least one of the following symptoms must be indicated: cough, shortness of breath, or difficulty breathing OR Severe respiratory illness with at least one of the following:

●Clinical or radiographic evidence of pneumonia, or:

● Acute respiratory distress syndrome (ARDS).

AND No alternative more likely diagnosis

Laboratory Criteria for Reporting

●Detection of SARS-CoV-2 RNA in a clinical specimen using a molecular amplification   detection test.

●Detection of specific antigen in a clinical specimen.

●Detection of specific antibodies in serum, plasma, or whole blood indicative of a new or recent infection serologic methods for diagnosis are currently being defined.

After inflicting grave harm to the people of the United States of America through economic hardships resulting from allegations of an "epidemic" or "pandemic", the CDC and the NIAID set forth, and the President of the United States and various Governors in the respective States promulgated, standards for lifting restrictive conditions which are in violation of the 1st Amendment to the Constitution and serve exclusively to enrich themselves. The CDC and the NIAID are "for profit" corporations and are not part of the government and not being held accountable or liable currently for their dishonest and misleading propaganda being used to create panic and fear amongst the American people. Both the presence of a vaccine or

## AFFIDAVIT/DECLARATION OF TRUTH

treatment and, or the development of testing —each of which solely benefit the possible conspiring parties and their co-conspirators —are set forth as a condition for re-opening the country. This appears to be an unambiguous violation of the Sherman Act and, if so, should be prosecuted immediately to the full extent of the law.

The CDC and WHO elected to commit to a narrative of a novel coronavirus –exhibiting properties that were anticipated in the U.S. Patent 7,618,802 issued to the University of North Carolina Chapel Hill's Ralph Baric –and, in the absence of testing protocols, elected to insist that SARS-CoV-2 was the pathogen responsible for conditions that were consistent with moderate to severe acute respiratory syndrome. U.S. Constitution:

Article One, Section 8, clause 8, To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries.

By Renewing their Illegal Patents on February 17, 2014, the CDC violated Article 1, Section 8, Clause 8 of the U.S. Constitution.

By Renewing their Illegal Patents on February 17, 2014, the CDC willfully violated the law using tax-payer funds in light of the Supreme Court ruling on June 13, 2013.

Article One, Section 9, clause 2, which states that "The privilege of the writ of habeas corpus (a recourse in law challenging the reasons or conditions of a person's confinement) shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it."

"There is no clinical data showing that the restraint of healthy individuals has any empirical data supporting it's use.

No evidence supporting emergency declarations have been offered with the exception of statements made by colluding Parties seeking to benefit from vaccinations, testing or the combination–neither of which can be reasonably expected, given the patents granted to and held by the colluding parties.

The Sherman Act and Clayton Act violations consist of receiving and directing funding only to those parties colluding around the infringement of the CDC's illegal patent.

• CDC; NIAID; University of North Carolina, Chapel Hill; Wuhan Institute of Virology.
National Institutes of Health; U.S. Department of Health and Human Services; President's Task Force; Governors except North Dakota, Nebraska, Arkansas, Utah, Wyoming, South Dakota, and Oklahoma.

Possible violation of 15 U.S. Code § 19

• Dr. Fauci is on the Leadership Council of the Bill and Melinda Gates Foundation
• Global Vaccine Action Plan
DOMESTIC TERRORISM -Still in Effect Until March 15, 2020

Section 802 of the USA PATRIOT Act (Pub. L. No. 107-52)

Expanded the definition of terrorism to cover  ""domestic,"" as opposed to international, terrorism. A person engages in domestic terrorism if they do an act "dangerous to human life" that is a violation of the criminal laws of a state or the United States, if the act appears to be intended to: (i) intimidate or coerce a civilian population; (ii) influence the policy of a government by intimidation or coercion;

Lastly, current policing, fining, arrests, and harassment throughout the country and Sonoma County, and San Francisco California, in this case, is in violation of not only First Amendment "abridging the right of people to peaceably assemble" but more narrowly:
Title 18 U.S.C., Section 242 Deprivation of Rights Under Color of Law:

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse.

## AFFIDAVIT/DECLARATION OF TRUTH

or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

The above facts must be considered for the immediate removal and suspension of any and all continued unlawful, unconstitutional and draconian measures adversely affecting Citizens. Since any measures related to and known as 'shelter in place,' quarantine, 'non-essential' work, social distance, and the closure of public spaces are unconstitutional and nothing more than an unlawful attempt at 'social engineering.', they must be immediately suspended by you, given the fact that you issued these unconstitutional orders, assumed authority you do not possess and by your unconstitutional actions as described throughout this Affidavit/Declaration, you have invoked the referenced Sections 3 & 4 of the 14th Amendment, thus, lawfully vacated your office.

Lawful notification has been provided to you, Tomas J. Aragon, and Grant Colfax, stating that if you do not rebut the statements, charges and averments made in this Affidavit/Declaration, then, you tacitly agree with and admit to them. Pursuant to that lawful notification, if you disagree with anything stated under oath in this Affidavit/Declaration of Truth, then rebut to me that with which you disagree, with particularity, within (10) ten business days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of California.

An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

No remedy less than $20,000,000 (twenty million US dollars) can even be considered for the injury and harm caused by the disingenuous, deceptive, unlawful, unconstitutional, willful deprivation of my unalienable rights under the California, San Francisco County and Sonoma County Department of Public Health's "health orders", and their blatant disregard for my rights, and well established laws against discrimination and inherent civil rights.

Remedy of the trespasses perpetrated unlawfully under the guise of Color of Law Title 18 U.S.C. section 242 must be awarded to the plaintiffs for the utter failure to conform and adhere to any and all rights prescribed under and within the charter and constitution for the United States of America. All those acting and performing any and all acts contrary outside the public trust have no immunity or suits restricting liability or harm and injury for their neglect or abuse of the rights of We the People.

Affiant further sayeth naught.

All Rights Reserved,

FEBRUARY 1ST, 2021

I, **David Lawrence Molidor**, Affiant/Declarant          Date

## NOTARY STATEMENT

In the State of California,

County of _____,

I swear that on this _____ day of _____, 2021,

The above-named Affiant/Declarant, **David Lawrence Molidor**, personally appeared before me, and of his own free will, signed and executed this Affidavit/Declaration of Truth.

**PLEASE SEE ATTACHED**
**CALIFORNIA JURAT FORM**

_____
Notary Public

My Commission Expires:_____

Seal:

# CALIFORNIA NOTARIAL CERTIFICATE
## (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Sonoma__

Subscribed and sworn to (or affirmed) before me on this __1__ day of __February__ 20 _21_ , by __David Lawrence Molidor__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____    (Seal)

MADYSON TINGEN
Notary Public - California
Sonoma County
Commission # 2282155
My Comm. Expires Mar 21, 2023

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.



## Performance Characteristics

### *Analytical Performance:*

*Limit of Detection (LoD):*

LoD studies determine the lowest detectable concentration of 2019-nCoV at which approximately 95% of all (true positive) replicates test positive.  The LoD was determined by limiting dilution studies using characterized samples.

The analytical sensitivity of the rRT-PCR assays contained in the CDC 2019 Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel were determined in Limit of Detection studies. Since no quantified virus isolates of the 2019-nCoV were available for CDC use at the time the test was developed and this study conducted, assays designed for detection of the 2019-nCoV RNA were tested with characterized stocks of in vitro transcribed full length RNA (N gene; GenBank accession: MN908947.2) of known titer (RNA copies/µL) spiked into a diluent consisting of a suspension of human A549 cells and viral transport medium (VTM) to mimic clinical specimen. Samples were extracted using the QIAGEN EZ1 Advanced XL instrument and EZ1 DSP Virus Kit (Cat# 62724) and manually with the QIAGEN DSP Viral RNA Mini Kit (Cat# 61904). Real-Time RT-PCR assays were performed using the Thermo Fisher Scientific TaqPath™ 1-Step RT-qPCR Master Mix, CG (Cat# A15299) on the Applied Biosystems™ 7500 Fast Dx Real-Time PCR Instrument according to the CDC 2019-nCoV Real-Time RT-PCR Diagnostic Panel instructions for use.

A preliminary LoD for each assay was determined testing triplicate samples of RNA purified using each extraction method. The approximate LoD was identified by extracting and testing 10-fold serial dilutions of characterized stocks of in vitro transcribed full-length RNA. A confirmation of the LoD was determined using 3-fold serial dilution RNA samples with 20 extracted replicates. The LoD was determined as the lowest concentration where ≥ 95% (19/20) of the replicates were positive.

**Table 4. Limit of Detection Confirmation of the CDC 2019-nCoV Real-Time RT-PCR Diagnostic Panel with QIAGEN EZ1 DSP**

| Targets | 2019-nCoV_N1 | | | 2019-nCoV_N2 | | |
|---|---|---|---|---|---|---|
| RNA Concentration[1] | $10^{0.5}$ | $10^{0.0}$ | $10^{-0.5}$ | $10^{0.5}$ | $10^{0.0}$ | $10^{-0.5}$ |
| Positives/Total | 20/20 | 19/20 | 13/20 | 20/20 | 17/20 | 9/20 |
| Mean Ct[2] | 32.5 | 35.4 | NA | 35.8 | NA | NA |
| Standard Deviation (Ct) | 0.5 | 0.8 | NA | 1.3 | NA | NA |

[1] Concentration is presented in RNA copies/µL
[2] Mean Ct reported for dilutions that are ≥ 95% positive. Calculations only include positive results.
NA not applicable

42

City and County of San Francisco Public Records



[External Message Added] City and County of San Francisco public records request #20-4845
Jan 21, 2021 at 10:52:35 AM
dave.molidor@gmail.com

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

## City and County of San Francisco Public Records

# Hi there

A message was sent to you regarding record request #20-4845:

Dear David,

We appreciate your understanding and patience. We have conducted a diligent for records and found no responsive documents to your request.

Thank you.

**View Request 20-4845**

http://sanfrancisco.nextrequest.com/requests/20-4845

# Request #20-4845
☑ CLOSED
As of January 22, 2021, 10:12am

## Details

Requesting all records in the possession, custody or control of the San Francisco Department of Public Health describing the isolation of a SARS-COV-2 virus, directly from a sample taken from a diseased patient, where the patient sample was not first combined with any other source of genetic material (i.e. monkey kidney cells aka vero cells; liver cancer cells).

Please note that I am using "isolation" in the every-day sense of the word: the act of separating a thing(s) from everything else. I am not requesting records where "isolation of SARS-COV-2" refers instead to:
• the culturing of something, or
• the performance of an amplification test (i.e. a PCR test), or
• the sequencing of something.

Please also note that my request is not limited to records that were authored by the SFDPH or that pertain to work done by the SFDPH.
My request includes any sort of record, for example (but not limited to) any published peer-reviewed study that the SFDPH has downloaded or printed.

If any records match the above description of requested records and are currently available to the public elsewhere, please provide enough information about each record so that I may identify and access each record with certainty (i.e. title, author(s), date, journal, where the public may access it)."

— Read less

*Received*
**December 9, 2020** via web

*Departments*
**Public Health: Other**

## Documents

(none)

## Staff

*Point of Contact*
**Veronica Vien**

## Timeline

**Request Closed**                                                    Public

We have finished conducting a diligent search and found no documents responsive to your request. Therefore, we consider your request closed.

*January 21, 2021, 10:52am*

**Request Published**                                                 Public

*January 21, 2021, 10:52am*

**Department Assignment**                                             Public

Public Health: Other

*December 9, 2020, 9:23am*

**Request Opened**                                                    Public

Request received via web

*December 9, 2020, 9:23am*