**FROM:**

David Lawrence Molidor
6361 San Benito Way
Rohnert Park, CA.
94928

**RECEIVED**

MAR 04 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**TO:**

CLERK U.S. DISTRICT
COURT
450 Golden Gate Ave
16th Floor
San Francisco, CA. 94102

$7.70

03/03/21
0518240633-18

### PRIORITY MAIL 1-DAY®

0 Lb 10.30 Oz

1021

EXPECTED DELIVERY DAY: 03/04/21

C004

SHIP
TO:
450 GOLDEN GATE AVE
FL 16
San Francisco CA 94102-3426

**USPS TRACKING® #**



9505 5145 3072 1062 3461 72



PRIORITY MAIL — TRACKED INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

**Utility Mailer**
**10 1/2" x 16"**

Ready Post.

US POSTAGE PAID

UNITED STATES
POSTAL SERVICE.

**93300007**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

 **Please Recycle**

# Utility Mailer



0 15645 97296 4

AIC-083
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.



UNITED STATES
POSTAL SERVICE ®

Visit **USPS.com** for Shipping Supplies & Services

**PULL TAB TO OPEN**