UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAWRENCE MOLIDOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS J. ARAGON, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-01731-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Joseph C. Spero to determine whether it is related to *Molidor v. Newsom*, Case No. 21-cv-01730-JCS.

**IT IS SO ORDERED**.

Dated: March 31, 2021

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge